IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| JOSE PIOQUINTO GUZMAN | 3-19CR-164-M |

### INFORMATION

The United States Attorney charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. § 922(g)(1))

From on or about May 24, 2018, through on or about August 24, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Jose Guzman**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Colt, M4LE, 5.56 mm caliber rifle bearing serial number SKD351.

In violation of 18 U.S.C. § 922(g)(1), the penalty for which is found at 18 U.S.C. § 924(a)(2).

<u>Forfeiture Notice</u>
(18.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Information and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), **Jose Guzman**, the defendant, shall forfeit to the United States of America any firearm involved in the commission of the offense, including, but not limited to, the following: a Colt, M4LE, 5.56 mm caliber rifle bearing serial number SKD351.

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
RYAN R. RAYBOULD
Assistant United States Attorney
Kansas Bar No. 25429
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699
Telephone:  214-659-8713
Facsimile:  214-659-8600
Email: ryan.raybould2@usdoj.gov